UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 18-16087
William & Renee Slovick  )
 )  Chapter: 13
 )  Honorable Janet S. Baer
 )
 )  Kane
Debtor(s)  )

**ORDER DISMISSING CASE WITH 180-DAY BAR FROM REFILING**

This matter coming before the Court on the trustee's motion to dismiss, due notice having been given, and the Court being advised in the premises;

IT IS HEREBY ORDERED that the above-captioned case is dismissed pursuant to 11 U.S.C. § 1307(c).

IT IS FURTHER ORDERED that the Debtors, William Slovick & Renee Slovick, are prohibited from filing any case under Title 11 of the United States Code for a period of 180 days from the date of this order.

Enter:

*/s/ Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: July 06, 2018

**Prepared by:**

Glenn Stearns, Trustee
801 Warrenville Rd., Suite 650
Lisle, IL 60532